1  CRAIG G. STAUB, Bar No. 172857
   cstaub@littler.com
2  LITTLER MENDELSON, P.C.
   633 West 5th Street
3  63rd Floor
   Los Angeles, CA  90071
4  Telephone:  213.443.4300
   Facsimile:   213.443.4299
5
   RACHAEL LAVI, Bar No. 294443
6  CASSIDY C. VEAL, Bar No. 323899
   LITTLER MENDELSON, P.C.
7  2049 Century Park East
   5th Floor
8  Los Angeles, CA  90067.3107
   Telephone:  310.553.0308
9  Fax No.:     310.553.5583

10 Attorneys for Defendants
   GEO CORRECTIONS AND DETENTION, LLC
11 AND THE GEO GROUP, INC.

12              UNITED STATES DISTRICT COURT
13              CENTRAL DISTRICT OF CALIFORNIA
14

15 | LEA GARCIA, an individual, | Case No. |
   |---|---|
   | Plaintiff, | **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |
   | v. | |
   | GEO CORRECTIONS AND DETENTION, LLC, a Florida Limited Liability Company, THE GEO GROUP, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS GEO CALIFORNIA, INC., a Florida Corporation and Does 1 through 100, inclusive, | |
   | Defendants. | |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PLAINTIFF AND HER ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants The GEO Group, Inc., d/b/a GEO California, Inc. ("GEO"), and GEO Corrections and Detention, LLC ("GEO Corrections") (collectively, "Defendants") makes the following corporate disclosures. GEO has no parent corporation. The Vanguard Group, Inc. and BlackRock Fund Advisors own ten percent (10%) or more of GEO's stock.

GEO Corrections is a wholly-owned subsidiary of GEO Corrections Holdings, Inc., a Florida corporation. Geo Corrections Holdings is a wholly-owned subsidiary of GEO.

Dated: April 4, 2019

*/s/ Rachel Lavi*
CRAIG G. STAUB
RACHAEL LAVI
CASSIDY C. VEAL
LITTLER MENDELSON, P.C.
Attorneys for Defendants
GEO CORRECTIONS AND
DETENTION, LLC AND THE GEO
GROUP, INC.

FIRMWIDE:163418673.1 059218.1386