CRAIG G. STAUB, Bar No. 172857
cstaub@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Facsimile: 213.443.4299

RACHAEL LAVI, Bar No. 294443
CASSIDY C. VEAL, Bar No. 323899
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Fax No.: 310.553.5583

Attorneys for Defendants
GEO CORRECTIONS AND DETENTION, LLC
AND THE GEO GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEA GARCIA, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GEO CORRECTIONS AND DETENTION, LLC, a Florida Limited Liability Company, THE GEO GROUP, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS GEO CALIFORNIA, INC., a Florida Corporation and Does 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.<br><br>**DEFENDANTS' NOTICE OF INTERESTED PARTIES** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PLAINTIFF AND HER ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Defendants The GEO Group, Inc., d/b/a GEO California, Inc. ("GEO"), and GEO Corrections and Detention, LLC ("GEO Corrections") (collectively, "Defendants"), in the above-captioned matter, certify that the following listed parties may have a pecuniary interest in the outcome of this case:

1. Plaintiff Lea Garcia
2. Defendant The GEO Group, Inc., d/b/a GEO California, Inc. (and all of The GEO Group, Inc.'s wholly owned subsidiaries)
3. Defendant GEO Corrections and Detention, LLC
4. The Vanguard Group, Inc.
5. BlackRock Fund Advisors
6. GEO Corrections Holdings, Inc.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: April 4, 2019

       */s/ Rachel Lavi*
       CRAIG G. STAUB
       RACHAEL LAVI
       CASSIDY C. VEAL
       LITTLER MENDELSON, P.C.
       Attorneys for Defendants
       GEO CORRECTIONS AND DETENTION, LLC AND THE GEO GROUP, INC.

FIRMWIDE:163418678.1 059218.1386