CRAIG G. STAUB, Bar No. 172857
cstaub@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
Telephone:  213.443.4300
Facsimile:   213.443.4299

RACHAEL LAVI, Bar No. 294443
CASSIDY C. VEAL, Bar No. 323899
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone:  310.553.0308
Fax No.:    310.553.5583

Attorneys for Defendants
GEO CORRECTIONS AND DETENTION, LLC
AND THE GEO GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEA GARCIA, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GEO CORRECTIONS AND DETENTION, LLC, a Florida Limited Liability Company, THE GEO GROUP, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS GEO CALIFORNIA, INC., a Florida Corporation and Does 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.<br><br>**DEFENDANT'S NOTICE OF RELATED CASES** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF AND HER ATTORNEYS OF RECORD:**

Pursuant to Central District of California Local Rule 83-1.3.1, Defendants The GEO Group, Inc., d/b/a GEO California, Inc. ("GEO"), and GEO Corrections and Detention, LLC ("GEO Corrections") (collectively, "Defendants") hereby avers that, to its knowledge, no action previously filed or currently pending in the Central District appears to arise from the same or substantially identical transactions, happenings or events as those alleged in Plaintiff Lea Garcia's pending lawsuit.

To Defendants' knowledge, no action previously filed or currently pending in the Central District appears to call for determination of the same or substantially identical questions of law and fact or will entail substantial duplication of labor if heard by different judges.

Dated: April 4, 2019

/s/ *Rachel Lavi*
CRAIG G. STAUB
RACHAEL LAVI
CASSIDY C. VEAL
LITTLER MENDELSON, P.C.
Attorneys for Defendants

FIRMWIDE:163418696.1 059218.1386

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300